# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-307-FDW-DCK

| | |
|---|---|
| **CHRISTOPHER LAMIE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **LENDINGTREE, LLC,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Joel R. Rhine, concerning Raina C. Borrelli, on July 13, 2022. Raina C. Borrelli seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Raina C. Borrelli is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 13, 2022

David C. Keesler
United States Magistrate Judge