IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-307-FDW-DCK

| CHRISTOPHER LAMIE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| LENDINGTREE, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Brandon C.E. Springer, concerning Kristine McAlister Brown, on August 24, 2022. Kristine McAlister Brown seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Kristine McAlister Brown is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 25, 2022

David C. Keesler
United States Magistrate Judge