**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-307-FDW-DCK**

| | | |
|---|---|---|
| **CHRISTOPHER LAMIE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LENDINGTREE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Set Briefing Schedule And Extend Initial Case Management Deadlines" (Document No. 23) filed September 22, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion. Further extensions are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Set Briefing Schedule And Extend Initial Case Management Deadlines" (Document No. 23) is **GRANTED**. Plaintiff's response to Defendant's Motion to Dismiss shall be filed on or before **October 14, 2022**. Defendant shall file a reply in support of its Motion to Dismiss on or before **October 28, 2022**.

**IT IS FURTHER ORDERED** that the parties' deadline to conduct an Initial Attorneys' Conference is extended to **October 25, 2022**. The parties shall thereafter file their Certificate of Initial Attorneys' Conference on or before **November 1, 2022**. The parties shall exchange initial disclosures on or before **November 8, 2022**.

**SO ORDERED**. Signed: September 23, 2022

David C. Keesler
United States Magistrate Judge