IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-307-FDW-DCK

| CHRISTOPHER LAMIE, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| LENDINGTREE, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Case Management Deadlines" (Document No. 36) filed April 7, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's chambers, the undersigned will <u>deny</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Case Management Deadlines" (Document No. 36) is **DENIED**. The deadlines in the Case Management Order (Document No. 28) remain unchanged.

**SO ORDERED**.   Signed: April 12, 2023

David C. Keesler
United States Magistrate Judge