IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-307-FDW-DCK

| | |
|---|---|
| CHRISTOPHER LAMIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LENDINGTREE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay" (Document No. 38) filed May 3, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

By the instant motion, the parties advised the Court that they have scheduled mediation for May 30, 2023, and therefore, "to focus their efforts on that pending mediation" they request an order staying all deadlines through June 6, 2023, at which point they will "provide the Court with an update on the status of mediation and whether a revised case schedule is needed." (Document No. 38). In the alternative, the parties request that all the case deadlines be extended by ninety (90) days. Id.

The undersigned notes that the Court recently denied the parties' "Joint Motion To Extend Case Management Deadlines" that, interestingly, sought to extend all the case deadlines by ninety (90) days. See (Document Nos. 36 and 37).

The undersigned commends the parties' interest in an early settlement; however, the Court is not persuaded that a stay or extension of the deadlines is necessary. The only deadline that is

close to the parties' mediation on May 30, 2023, is Plaintiff's expert report deadline of May 26, 2023. See (Document No. 28). The instant motion will be denied without prejudice to the parties filing a motion seeking a very brief extension of the expert report deadlines, if necessary.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay" (Document No. 38) is **DENIED**.

**SO ORDERED**.

Signed: May 3, 2023

David C. Keesler
United States Magistrate Judge