# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-307-FDW-DCK

| | |
|---|---|
| CHRISTOPHER LAMIE and AMABEL LIN, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>LENDINGTREE, LLC, )<br><br>Defendant. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Parties "Joint Notice Of Settlement And Request To Stay Deadlines" (Document No. 42) filed June 7, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant filing, the Parties report "that they have reached a settlement in principle in this matter" and seek a stay of all pending case deadlines for forty-five (45) days "to allow the Parties to finalize the settlement terms and file a motion for preliminary approval." (Document No. 42). It appears that the Parties' request only directly impacts the expert report deadlines.

The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter and will allow the requested relief. However, the Parties are respectfully advised that further extensions of deadlines in this case are unlikely to be allowed, and if the Parties fail to finalize their Settlement by July 20, 2023, they will be expected to promptly resume and complete discovery in this matter.

**IT IS, THEREFORE, ORDERED** that the Parties "Joint Notice Of Settlement And Request To Stay Deadlines" (Document No. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a Motion For Preliminary Approval of Class Action Settlement on or before **July 20, 2023**. The expert report deadlines are **STAYED** until otherwise ordered.

**SO ORDERED**.

Signed: June 14, 2023

David C. Keesler
United States Magistrate Judge