UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHRISTOPHER LAMIE and AMABEL LIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDINGTREE, LLC,<br><br>Defendant. | Case No. 3:22-cv-00307<br><br>Judge Frank D. Whitney |

# PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Christopher Lamie and Amabel Lin, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Lending Tree, LLC ("Defendant"), and the attachments thereto (including the Short Form Notice, the Long Form Notice, the Claim Form, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order) filed herewith in support of this Motion as fair, reasonable, and adequate;

2. Provisionally certify the Settlement Class pursuant to Rule 23 for settlement purposes only;

3. Approve the Notice Program set forth in the Settlement Agreement, including the form and content of the notices attached to the Settlement Agreement as Exhibits A and B;

4. Designate Plaintiffs as Class Representatives;

5. Appoint David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC and Raina C. Borrelli of Turke & Strauss LLP as Class Counsel;

6. Approve the retention of KCC, LLC as Settlement Administrator;

7. Approve the procedures set forth in Sections VI of the Settlement Agreement (Exhibit 1 to the supporting Memorandum) for Settlement Class Members to exclude themselves from the Settlement Class or object to the Settlement;

8. Approve the use of a claim form substantially similar to that attached as Exhibit C to the Settlement Agreement, filed herewith;

9. Further stay the Action of otherwise adjourn litigation deadlines pending Final Approval of the Settlement;

10. Stay and/or enjoin, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

11. Schedule a Final Approval Hearing for a time and date convenient for the Court 120 days or more after a Preliminary Approval Order is entered, at which the Court will conduct an inquiry into the fairness of the Settlement, final approval of the Settlement and consideration of Settlement Class Counsel's Motion for Award of Fees, Expenses, Expenses, and Service Awards for the Class Representatives.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Joint Declaration of Raina C. Borrelli and David K. Lietz filed herewith; (4) the Settlement Agreement; (5) the Notices of Class Action Settlement (both Short and Long Form); (6) the Claim Form; (7) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (8) the [Proposed] Final Approval Order; (9) the records, pleadings, and papers filed in this action; and (10) upon

2

such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: July 20, 2023　　　　　　　　　　TURKE & STRAUSS LLP

By:   */s/ Raina C. Borrelli*
    Raina C. Borrelli (*pro hac vice*)
    613 Williamson St., Suite 201
    TURKE & STRAUSS LLP
    Madison, WI 53703
    Telephone: (608) 237-1775
    Facsimile: (608) 509-4423
    raina@turkestrauss.com

    Martin A. Ramey
    Joel R. Rhine
    RHINE LAW FIRM, P.C.
    1612 Military Cutoff Road, Suite 300
    Wilmington, NC 28403
    Telephone: (910) 772-9960
    mjr@rhinelawfirm.com
    jrr@rhinelawfirm.com

    David K. Lietz (*pro hac vice* anticipated)
    MILBERG COLEMAN BRYSON
    PHILLIPS GROSSMAN, PLLC
    5335 Wisconsin Avenue NW, Suite 440
    Washington, D.C. 20015-2052
    Telephone: (202) 744-1795
    Facsimile: (202) 686-2877
    dlietz@milberg.com

    *Attorneys for Plaintiffs and Proposed Settlement Class*

# CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on July 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 20th day of July, 2023.

        TURKE & STRAUSS LLP

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            raina@turkestrauss.com
            TURKE & STRAUSS LLP
            613 Williamson St., Suite 201
            Madison, WI 53703
            Telephone: (608) 237-1775
            Facsimile: (608) 509-4423