IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-307-FDW-DCK

| | |
|---|---|
| CHRISTOPHER LAMIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| LENDINGTREE, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 47) filed by Scott C. Harris, concerning David K. Lietz, on August 28, 2023. David K. Lietz seeks to appear as counsel *pro hac vice* for Plaintiffs Christopher Lamie and Amabel Lin. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 47) is **GRANTED**. David K. Lietz is hereby admitted *pro hac vice* to represent Plaintiffs Christopher Lamie and Amabel Lin.

**SO ORDERED**.

Signed: August 28, 2023

David C. Keesler
United States Magistrate Judge