UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHRISTOPHER LAMIE and AMABEL LIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDINGTREE, LLC;<br><br>Defendant. | Case No. 3:22-cv-00307-FDW-DCK<br><br>Judge Frank D. Whitney |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Christopher Lamie and Amabel Lin, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Grant final approval to the settlement described in the "Settlement Agreement" between Plaintiffs and Lending Tree, LLC ("Defendant") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiffs as Class Representatives;

4. Finally approve the appointment of David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC and Raina C. Borrelli of Turke & Strauss LLP as Class Counsel;

1

5. Grant Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards filed on December 13, 2023 (ECF 50);

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (3) the Settlement Agreement; (4) the Preliminary Approval Order (ECF 49); (5) the [Proposed] Final Approval Order; (6) the records, pleadings, and papers filed in this action; and (7) such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on January 25, 2024.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted this the 11th day of January 2024.

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No.: 35328
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com

David K. Lietz (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
(t) 202.744.1795 / (f) 202.686.2877
dlietz@milberg.com

Samuel J. Strauss*
Raina C. Borrelli (*pro hac vice*)
**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, WI 53703
T: (608) 237-1775
F: (608) 509-4423
sam@turkestrauss.com
raina@turkestrauss.com

*Class Counsel and Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Scott C. Harris, hereby certify that on January 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

            **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

            */s/ Scott C. Harris*
            Scott C. Harris
            N.C. Bar No.: 35328
            900 W. Morgan Street
            Raleigh, North Carolina 27603
            Telephone: (919) 600-5000
            Facsimile: (919) 600-5035
            sharris@milberg.com