UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00307-FDW-DCK

| | |
|---|---|
| CHRISTOPHER LAMIE, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) LENDINGTREE, LLC, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** is before the Court on the Unopposed Motion for Final Approval of Class Action Settlement, (Doc. No. 52). On September 25, 2023, this Court entered an Order of Preliminary Approval of the Class Action Settlement and, among other things, scheduled a Final Approval Hearing for 2:00 p.m. on January 25, 2024. (Doc. No. 49). The Court's Order also approved notice to the class, which included providing notice of the date, time, and location of the Final Approval Hearing.

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 72.1(a)(3), and with the electronic consent provided to the undersigned by counsel for all represented parties, the Court hereby designates Magistrate Judge Susan C. Rodriguez to conduct the Final Approval Hearing scheduled for 2:00 p.m. on January 25, 2024, in Courtroom #5B of the Charles R. Jonas Federal Building, Charlotte, North Carolina, 28202. Pursuant to this designation, Judge Rodriguez shall submit proposed findings of fact and recommendations for disposition of the Unopposed Motion for Final Approval of Class Action Settlement, (Doc. No. 52).

**IT IS SO ORDERED.**

Signed: January 18, 2024

Frank D. Whitney
United States District Judge

1